| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Black, Susan H | 2. Court or Organization<br><br>U. S. Court of Appeals | 3. Date of Report<br><br>07/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>300 N Hogan Street<br>Suite 14-150<br>Jacksonville, FL 32202-4258 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | ▮Life Ins. Trust (Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 19 A 11: 26 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Duke University School of Law-appellate practice course | $ 4,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | President of travel agency, self-employed |
| 2. 2006 | Real estate broker, self-employed |
| 3. 2006 | Owner of limo service, self-employed |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PricewaterhouseCoopers | Feb 15-18 - Scottsdale, AZ - seminar (transportation, meals, room) |
| 2. | University of Illinois School of Law | Apr 3-5 - Champaign-Urbana, IL - moot court (transportation, meals, room) |
| 3. | Salem College | Apr 20-23 - Winston-Salem, NC - speech (meals, room) |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage-Parcel 33 (Part VII, line 33) | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. Real Estate Parcel 5 Jacksonville, FL | | None | P1 | W | | | | | |
| 3. American Cable TV, Ltd. Partnership | | None | J | W | | | | | |
| 4. Real Estate Parcel 10 Jacksonville, FL | | None | M | W | partial sale | 2/14 | N | G | Lab Investments |
| 5. Real Estate Parcel 13 Jacksonville, FL | E | Rent | M | W | | | | | |
| 6. Real Estate Parcel 17 Jacksonville, FL | D | Rent | | | sold | 3/31 | M | G | S.K. Hong Inc |
| 7. ▇▇▇▇ Trust | A | Interest | | | closed | 11/17 | J | | |
| 8. -Wachovia Bank Deposit | | | | | closed | 11/17 | J | | |
| 9. -American Funds Growth Fund of America Class A | | | | | sold | 11/13 | J | A | |
| 10. Wachovia Securities Acct | A | Interest | | | closed | 11/22 | J | | |
| 11. -American Funds Growth Fund of America Class C | | None | | | sold | 11/16 | J | C | |
| 12. Wachovia Securities Account | | | | | | | | | |
| 13. -Wachovia Bank Deposit | A | Interest | J | T | | | | | |
| 14. Wachovia IRA | B | Int./Div. | K | T | | | | | |
| 15. -Calamos Conv Opportunities & Income Fd | | | | | | | | | |
| 16. -DWS Investment Trust Capital Growth Fd Cl B (Part VIII) | | | | | | | | | |
| 17. -Wachovia Bank Deposit | | | | | | | | | |

| 1. Income Gain Codes: (See Columns Bl and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | | | | | |
| 19. Wachovia IRA | E | Int./Div. | N | T | | | | | |
| 20. -Putnam Investment Fds Small Cap Val Fd Cl B | | | | | | | | | |
| 21. -AIM Basic Val Fd Cl B | | | | | | | | | |
| 22. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | | | | | |
| 23. -Hartford Mut Fds Inc Inflation Plus Fd Cl C | | | | | | | | | |
| 24. -Blackrock Income Trust Inc | | | | | | | | | |
| 25. -Wachovia Bank Deposit | | | | | | | | | |
| 26. -Calamos Strategic Total Return Fd | | | | | | | | | |
| 27. -Century Properties Fund XV LP | | | | | | | | | |
| 28. LouTom Co. | | None | | | liquidated | 2/2 | M | | |
| 29. Loan-Peters | | None | | | default | 12/31 | J | | |
| 30. Real Estate Parcel 29 Mars Hill, NC | | None | N | W | | | | | |
| 31. Loan-Shouvlin #1 | B | Interest | | | paid off | 2/2 | K | | |
| 32. Real Estate Parcel 31 Jacksonville, FL | | None | M | W | | | | | |
| 33. Real Estate Parcel 33 Orange Park, FL | G | Rent | P1 | W | | | | | |
| 34. Loan-Plumlee | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |
| | | | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Real Estate Parcel 34 Mt Pleasant, IA | F | Rent | O | W | | | | | |
| 36. Real Estate Parcel 35 Cocoa, FL | G | Rent | P1 | W | | | | | |
| 37. Real Estate Parcel 36 Middleburg, FL | D | Rent | M | W | | | | | |
| 38. Real Estate Parcel 37 Jacksonville, FL | | None | L | W | partial sale | 11/1 | M | F | Fatbardh Songjaku |
| 39. Loan-Lee's Z Best Car Wash | C | Interest | M | U | | | | | |
| 40. Loan-Forte | C | Interest | | | paid off | 1/18 | M | | |
| 41. Loan-Gibson | A | Interest | | | paid off | 9/15 | K | | |
| 42. Loan-Smith | B | Interest | J | U | | | | | |
| 43. BB&T checking | A | Interest | | | closed | 11/6 | J | | |
| 44. BB&T investor's account (money mkt) | B | Interest | | | closed | 10/16 | J | | |
| 45. BB&T checking | | None | | | closed | 11/18 | J | | |
| 46. BB&T savings | A | Interest | | | closed | 11/18 | J | | |
| 47. SunTrust checking | A | Interest | J | T | opened | 10/16 | J | | |
| 48. SunTrust checking | A | Interest | J | T | opened | 10/16 | J | | |
| 49. SunTrust savings | A | Interest | J | T | opened | 10/16 | J | | |
| 50. Real Estate Parcel 38 Jacksonville, FL (7/25/06, $150,000) | A | Rent | N | W | bot | 7/25 | M | | Castleberry/Ratliff |
| 51. Loan-S.K. Hong Inc | B | Interest | M | U | loan | 3/31 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loan-Smith 2 | A | Interest | K | U | loan | 2/27 | K | | |
| 53. Loan-Bragg | A | Interest | J | U | loan | 3/23 | J | | |
| 54. Loan-Hewitt 2 | A | Interest | K | U | loan | 8/1 | K | | |
| 55. Loan-Norman | A | Interest | J | U | loan | 10/12 | J | | |
| 56. Loan-Norman 2 | A | Interest | J | U | loan | 12/27 | J | | |
| 57. Loan-Lab Investments | E | Interest | N | U | loan | 2/14 | N | | |
| 58. Loan-Songjaku | A | Interest | M | U | loan | 11/1 | M | | |
| 59. Loan-Hewitt | C | Interest | | | loan | 1/13 | K | | |
| 60. Loan-Hewitt (cont.) | | | | | paid off | 7/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I ███████ Life Insurance Trust - not listed in Part VII, as it is an unfunded trust.

Part VII - Line 16 was formerly Scudder Capital Growth Fd Cl B. The name of the fund was changed to DWS Investment Trust Capital Growth Fd Cl B during 2006. The Scudder Capital Growth Fd Cl B shares were reported on line 27 in the prior year's report.

Part VII - Lines 9 and 11 - This report was amended to include the name of the investment company sponsoring these mutual funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 07/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _July 11, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Black, Susan H | 2. Court or Organization  U. S. Court of Appeals | 3. Date of Report  05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address  300 N Hogan Street  Suite 14-150  Jacksonville, FL 32202-4258 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████ Ins. Trust (Part VIII) . |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Duke University School of Law-appellate practice course | $ 4,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | President of travel agency, self-employed |
| 2. 2006 | Real estate broker, self-employed |
| 3. 2006 | Owner of limo service, self-employed |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PricewaterhouseCoopers | Feb 15-18 - Scottsdale, AZ - seminar (transportation, meals, room) |
| 2. | University of Illinois School of Law | Apr 3-5 - Champaign-Urbana, IL - moot court (transportation, meals, room) |
| 3. | Salem College | Apr 20-23 - Winston-Salem, NC - speech (meals, room) |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage-Parcel 33 (Part VII, line 33) | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. Real Estate Parcel 5 Jacksonville, FL | | None | P1 | W | | | | | |
| 3. American Cable TV, Ltd. Partnership | | None | J | W | | | | | |
| 4. Real Estate Parcel 10 Jacksonville, FL | | None | M | W | partial sale | 2/14 | N | G | Lab Investments |
| 5. Real Estate Parcel 13 Jacksonville, FL | E | Rent | M | W | | | | | |
| 6. Real Estate Parcel 17 Jacksonville, FL | D | Rent | | | sold | 3/31 | M | G | S.K. Hong Inc |
| 7. ▄▄▄ Trust | A | Interest | | | closed | 11/17 | J | | |
| 8. -Wachovia Bank Deposit | | | | | closed | 11/17 | J | | |
| 9. -Growth Fund of America Class A | | | | | sold | 11/13 | J | A | |
| 10. Wachovia Securities Acct | A | Interest | | | closed | 11/22 | J | | |
| 11. -Growth Fund of America Class C | | None | | | sold | 11/16 | J | C | |
| 12. Wachovia Securities Account | | | | | | | | | |
| 13. -Wachovia Bank Deposit | A | Interest | J | T | | | | | |
| 14. Wachovia IRA | B | Int./Div. | K | T | | | | | |
| 15. -Calamos Conv Opportunities & Income Fd | | | | | | | | | |
| 16. -DWS Investment Trust Capital Growth Fd Cl B (Part VIII) | | | | | | | | | |
| 17. -Wachovia Bank Deposit | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | | | | | |
| 19. Wachovia IRA | E | Int./Div. | N | T | | | | | |
| 20. -Putnam Investment Fds Small Cap Val Fd Cl B | | | | | | | | | |
| 21. -AIM Basic Val Fd Cl B | | | | | | | | | |
| 22. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | | | | | |
| 23. -Hartford Mut Fds Inc Inflation Plus Fd Cl C | | | | | | | | | |
| 24. -Blackrock Income Trust Inc | | | | | | | | | |
| 25. -Wachovia Bank Deposit | | | | | | | | | |
| 26. -Calamos Strategic Total Return Fd | | | | | | | | | |
| 27. -Century Properties Fund XV LP | | | | | | | | | |
| 28. LouTom Co. | | None | | | liquidated | 2/2 | M | | |
| 29. Loan-Peters | | None | | | default | 12/31 | J | | |
| 30. Real Estate Parcel ● Mars Hill, NC | | None | N | W | | | | | |
| 31. Loan-Shouvlin #1 | B | Interest | | | paid off | 2/2 | K | | |
| 32. Real Estate Parcel 31 Jacksonville, FL | | None | M | W | | | | | |
| 33. Real Estate Parcel 33 Orange Park, FL | G | Rent | P1 | W | | | | | |
| 34. Loan-Plumlee | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A.=$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.<br>div., rent,<br>or int.) | C.<br>Gross value at end of<br>reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>Month -<br>Day | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Real Estate Parcel 34 Mt Pleasant, IA | F | Rent | O | W | | | | | |
| 36. Real Estate Parcel 35 Cocoa, FL | G | Rent | P1 | W | | | | | |
| 37. Real Estate Parcel 36 Middleburg, FL | D | Rent | M | W | | | | | |
| 38. Real Estate Parcel 37 Jacksonville, FL | | None | L | W | partial sale | 11/1 | M | F | Fatbardh Songjaku |
| 39. Loan-Lee's Z Best Car Wash | C | Interest | M | U | | | | | |
| 40. Loan-Forte | C | Interest | | | paid off | 1/18 | M | | |
| 41. Loan-Gibson | A | Interest | | | paid off | 9/15 | K | | |
| 42. Loan-Smith | B | Interest | J | U | | | | | |
| 43. BB&T checking | A | Interest | | | closed | 11/6 | J | | |
| 44. BB&T investor's account (money mkt) | B | Interest | | | closed | 10/16 | J | | |
| 45. BB&T checking | | None | | | closed | 11/18 | J | | |
| 46. BB&T savings | A | Interest | | | closed | 11/18 | J | | |
| 47. SunTrust checking | A | Interest | J | T | opened | 10/16 | J | | |
| 48. SunTrust checking | A | Interest | J | T | opened | 10/16 | J | | |
| 49. SunTrust savings | A | Interest | J | T | opened | 10/16 | J | | |
| 50. Real Estate Parcel 38 Jacksonville, FL (7/25/06, $150,000) | A | Rent | N | W | bot | 7/25 | M | | Castleberry/Ratliff |
| 51. Loan-S.K. Hong Inc | B | Interest | M | U | loan | 3/31 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Loan-Smith 2 | A | Interest | K | U | loan | 2/27 | K | | |
| 53. Loan-Bragg | A | Interest | J | U | loan | 3/23 | J | | |
| 54. Loan-Hewitt 2 | A | Interest | K | U | loan | 8/1 | K | | |
| 55. Loan-Norman | A | Interest | J | U | loan | 10/12 | J | | |
| 56. Loan-Norman 2 | A | Interest | J | U | loan | 12/27 | J | | |
| 57. Loan-Lab Investments | E | Interest | N | U | loan | 2/14 | N | | |
| 58. Loan-Songjaku | A | Interest | M | U | loan | 11/1 | M | | |
| 59. Loan-Hewitt | C | Interest | | | loan | 1/13 | K | | |
| 60. Loan-Hewitt (cont.) | | | | | paid off | 7/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000. | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Black, Susan H | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part 1 - ████████ Insurance Trust - not listed in Part VII, as it is an unfunded trust.

Part VII, Line 16 was formerly Scudder Capital Growth Fd Cl B. The name of the fund was changed to DWS Investment Trust Capital Growth Fd Cl B during 2006. The Scudder Capital Growth Fd Cl B shares were reported on line 27 in the prior year's report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Black, Susan H | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date _May 12, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544